3011065/LRB/NDM                                                    I.D. 6206641

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS WALTER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| LOUSE ROSE TRUITT, individually, and | ) | |
| TOTAL TRANSPORTATION OF | ) | |
| MISSISSIPPI, LLC, a Mississippi Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

NOW COMES the defendant, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, a Mississippi Limited Liability Company, by its attorneys, LEW R.C. BRICKER, NICOLE D. MEYER, and SMITHAMUNDSEN LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

### BACKGROUND

1.      The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2.      The named plaintiff, NICHOLAS WALTER DAVIS, is a citizen of Iowa. (See the plaintiff's Amended Complaint at Law attached and marked as Exhibit "A", p. 1, ¶ 2.)

3.      The named defendant, LOUSE ROSE TRUITT, is a citizen of Mississippi. (Exhibit "A", p. 1, ¶ 3.)

4.     The named defendant, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, is incorporated in Mississippi, and it was incorporated in Mississippi on or before September 9, 2008. (See the affidavit of John D. Stomps attached and marked as Exhibit "B", p. 1, ¶ 2.)

5.     The named defendant, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC's principal place of business is in Mississippi, and its principal place of business had been in Mississippi on or before September 9, 2008.  (Exhibit "B", p. 1, ¶ 3.)

6.     Complete diversity of citizenship exists between the plaintiff and the defendants in this matter.

7.     This matter arises out of an incident occurring at or near I-94, Warren Township, Lake County, Illinois on September 9, 2008.  The plaintiff, NICHOLAS WALTER DAVIS, filed an Amended Complaint at Law in the Cook County, Illinois Circuit Court in the civil action styled Nicholas Walter Davis v. Louse Rose Truitt, individually, and Total Transportation of Mississippi, LLC, a Mississippi Limited Liability Company bearing Cook County, Illinois Case No. 09 L 11676. (See Exhibit "A".)

8.     The Amended Complaint alleges that as a result of the accident, the plaintiff, NICHOLAS WALTER DAVIS, suffered "serious bodily injuries that have caused, continued to cause, and will cause him to suffer pain, discomfort, and mental anguish, now and in the future. Plaintiff has also lost a normal life, lost earnings and benefits, has incurred and will continue to incur medical, nursing and hospital expenses."  (Exhibit "A", p. 3, ¶ 14, p. 4, ¶ 19, p. 5, ¶ 23.) Upon information and belief, the plaintiff, as an alleged result of this accident, has extensive medical bills and was unable to work following the incident.  Accordingly, the movants believe in good faith that amount in controversy exceeds the jurisdictional amount of $75,000.00.

9.     The defendant, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, acknowledged acceptance of service of the Amended Complaint on October 27, 2009.  (See the

2

Notice and Acknowledgement of Receipt of Summons and Complaint attached and marked as Exhibit "C".)

10.    This Notice was filed within (30) thirty days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

11.    The defendant, LOUSE ROSE TRUITT, has yet to be served.  (See the online docket provided by the Clerk of the Circuit Court attached and marked as Exhibit "D".)

12.    As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon plaintiff's counsel and file with the Cook County Circuit Court a true and correct copy of this Notice.

13.    By removing this action, the defendant does not waive any defenses available to it.

14.    If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

15.    This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the defendant, TOTAL TRANSPORTATION OF MISSISSIPPI, LLC, a Mississippi Limited Liability Company, by its attorneys, LEW R.C. BRICKER, NICOLE D. MEYER, and SMITHAMUNDSEN LLC, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully Submitted,

SmithAmundsen LLC

s/ Lew R. C. Bricker
Lew R. C. Bricker – Bar Number: 6206641
Attorney for Defendant
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:     (312) 894-3200
Fax:               (312) 894-3210
E-Mail:          lbricker@salawus.com

Lew R.C. Bricker and Nicole D. Meyer
Attorneys for Movant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601          (312) 894-3200

4

3011065/LRB/NDM                                     I.D. 6206641

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS WALTER DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| LOUSE ROSE TRUITT, individually, and | ) | |
| TOTAL TRANSPORTATION OF | ) | |
| MISSISSIPPI, LLC, a Mississippi Limited | ) | |
| Liability Company, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of November 2009, he served a **Notice of Filing** and the **Defendant, Total Transportation of Mississippi's Notice of Removal to Federal Court Based on Federal Question Jurisdiction** and **Appearances** on:

Abeer H. Zanayed
LAW OFFICES OF STEVEN J. ROSENBERG, P.C.
53 W. Jackson Boulevard, Suite 1740
Chicago, Illinois 60604

via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m., on the 23rd day of November, 2009.

> [x]    Pursuant to 28 USC Section 1746(2),
> I certify under penalty of perjury that
> the foregoing is true and correct.
> Executed on: November 23, 2009
>
> s/ _____ Lew R. C. Bricker _____

5

Lew R.C. Bricker, ARDC # 6206641
Nicole D. Meyer, ARDC # 6289328
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR MOVANT